# Order

Michigan Supreme Court
Lansing, Michigan

October 22, 2014

149853 & (17)(18)(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN DOE 1, JOHN DOE 2, JOHN DOE 3,
JOHN DOE 4, JOHN DOE 5, JOHN DOE 6,
and JOHN DOE 7, on behalf of themselves
and a class of all others similarly situated,
   Plaintiffs-Appellees,

v

DEPARTMENT OF CORRECTIONS,
GOVERNOR OF THE STATE OF MICHIGAN,
DIRECTOR OF MICHIGAN DEPARTMENT
OF CORRECTIONS, DEPUTY DIRECTOR
OF MDOC CORRECTIONAL FACILITIES
ADMINISTRATION, FORMER DEPUTY
DIRECTOR OF MDOC CORRECTIONAL
FACILITIES ADMINISTRATION, CHIEF
DEPUTY DIRECTOR OF MDOC
CORRECTIONAL FACILITIES
ADMINISTRATION, WARDEN OF CARSON
CITY CORRECTIONAL FACILITY, WARDEN
OF CHARLES EGELER RECEPTION AND
GUIDANCE CENTER, WARDEN OF
EARNEST C. BROOKS CORRECTIONAL
FACILITY, WARDEN OF GUS HARRISON
CORRECTIONAL FACILITY, WARDEN OF
RICHARD A. HANDLON CORRECTIONAL
FACILITY, WARDEN OF OAKS
CORRECTIONAL FACILITY, WARDEN OF
THUMB CORRECTIONAL FACILITY,
WARDEN OF CHIPPEWA CORRECTIONAL
FACILITY, WARDEN OF MARQUETTE
BRANCH PRISON, and WARDEN OF
BELLAMY CREEK CORRECTIONAL
FACILITY,
   Defendants-Appellants.

SC: 149853
COA: 321850
Washtenaw CC: 13-001196-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 25, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motions to waive the requirements of MCR 7.209(A) and for stay are DENIED.



d1015

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk